IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 22  A 11: 12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06CR49-VPM |
| ) | (18 U.S.C. 641) |
| GAIL Y MCNAIR ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

COUNT

On or about the 7th day of November 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **GAIL Y MCNAIR** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | |
|---|---|
| STATE OF AMERICA ) | |
| ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 7 November 2005, via closed circuit video monitors, I observed GAIL Y MCNAIR pick up a box of Clinique Happy Heart Perfume, valued at $39.50. MCNAIR continued to shop until she got to men's sports clothing, where she took the bottle of perfume out of the box, hid the box behind clothing on a display, and put the perfume in her purse. MCNAIR joined her mother and went to a checkout counter where she paid for some items but not the perfume. MCNAIR then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The empty perfume box was recovered from where MCNAIR hid it. A search of MCNAIR found the perfume in her purse. The total value of the items that MCNAIR left the store without paying for was $39.50.

_____
ROBERT SMITH

Subscribed and sworn to before me this 30 day of January, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ANNA M. HAMBLIN
Notary Public
STATE OF ALABAMA