| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 5/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:30 - 10:31 |
| | **COURT REPORTER:** |

√ **ARRAIGNMENT** ❏ **CHANGE OF PLEA** ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING** ❏ **SENTENCING**

**DEFENDANT NOT PRESENT: COURT ORDERED BENCH WARRANT**

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>   **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:06cr49-VPM   **DEFENDANT NAME:** Gail Y. McNair
**AUSA:** Kent B. Brunson   **DEFENDANT ATTORNEY:**
   Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❏ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ Not Guilty                    ❏ Nol Contendere
   ❏ Not Guilty by reason of insanity
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):          ❏ dismissed on oral motion of USA
              ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
❏ **MISDEMEANOR CRIMINAL TRIAL TERM:**
❏ **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel