| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 5/22/06 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:15 - 10:39 |
| | **COURT REPORTER:** |

√ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>   **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:06cr49-VPM   **DEFENDANT NAME:** Gail Y. McNair
**AUSA:** Capt. Neal Frazier   **DEFENDANT ATTORNEY:** Leslie Smith for purposes of IA, Arraignment and custodian of discovery until retained counsel appears
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (√)NO; ( )YES   Name:
_____

√ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❏ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**   ❏ **Nol Contendere**
❏ **Not Guilty by reason of insanity**
❏ **Guilty as to:**
   ❏ **Count(s):**
   ❏ **Count(s):**   ❏ dismissed on oral motion of USA
   ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
√ MISDEMEANOR CRIMINAL TRIAL TERM: 7/17/06
√ **DISCOVERY DISCLOSURE DATE:** 5/22/06   **CONSENT DATE:** 7/10/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel