RECEIVED
2006 JUN 22 A 11: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 2:06-cr-00049-VPM |
| | ) |
| GAIL MCNAIR | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Come now Attorney Earl F. Hilliard and makes an appearance as Attorney of Record for the defendant Gail Y. McNair.

Respectfully submitted this 18th day of June, 2006,

_____
Earl F. Hilliard
Attorney for Defendant Gail Eutsey
228 Eighteenth Street North,
Birmingham, Alabama 35203
205-326-8844
earlhilliard@bellsouth.net

CERTIFICATE OF SERVICE

LEURA CANARY
United States Attorney
KENT BRUNSON
Assistant United States Attorney
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 Le May Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787