IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:06CR-49VPM |
| ) | |
| vs. ) | |
| ) | |
| GAIL MCNAIR ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, Attorney Earl F. Hilliard, the attorney for the defendant Gail McNair and give notice to this Honorable Court, that Gail McNair intends to change her plea from not guilty to guilty.

Respectfully submitted this 7th Day of July 2006,

_Earl F. Hilliard_
Earl F. Hilliard
Hilliard, Smith & Hunt, LLC
P.O. Box 12445
Birmingham, AL 35202
(205) 326-8844
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Change Plea therein have been served upon the United States District Attorney on this the 7th day of July 2006.

LEURA CANARY
United States Attorney
KENT BRUNSON
Assistant United States Attorney
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 Le May Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

_____
Earl F. Hilliard
