IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06cr49-VPM |
| v. | ) | |
| | ) | |
| GAIL Y. McNAIR | ) | |

### ORDER

The defendant, GAIL Y. McNAIR, has indicated to the court that she wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, GAIL Y. McNAIR, appear with counsel before the undersigned Magistrate Judge on 10 July 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

DONE this 7th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE