MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   N/A

❏ ARRAIGNMENT       x CHANGE OF PLEA       ❏ CONSENT PLEA

❏ RULE 44(c) HEARING       ❏ SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson* | **DEPUTY CLERK:** *WANDA ROBINSON* |
| **CASE NUMBER:** 2:06cr49-VPM | **DEFENDANT NAME:** *Gail McNair* |
| **AUSA:** *Capt. Neil Frazier* | **DEFENDANT ATTY:** *Earl F. Hilliard* |

Type Counsel:    ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

USPO: _____

Defendant _____ does ____x____ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty            ❏ Nol Contendere

   ❏ Not Guilty by reason of insanity

   √ Guilty as to:

      √ Count(s) ___1___ of the Misdemeanor Information.

      ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

      ❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

√ — **ORDER:** Defendant Continued under √ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____;   √ Sentencing on   √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.