## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DISTRICT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 2:06cr-49VPM |
|  | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| GAIL MCNAIR | ) |  |

### Motion Pro Hac Vice

Comes Now, Attorney Earl F. Hilliard, and moves this Honorable Court to admit him Pro Hac Vice in the above case. Said attorney is a member in good standing of the United States District Court, Northern District of Alabama.

Respectfully submitted this 10th Day of July 2006,

Earl F. Hilliard
Hilliard, Smith & Hunt, LLC
P.O. Box 12445
Birmingham, AL 35202
(205) 326-8844
**Counsel for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion Pro HacVice therein have been served upon the United States District Attorney on this the 10th day of July 2006.

LEURA CANARY
United States Attorney
KENT BRUNSON
Assistant United States Attorney
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 Le May Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

Earl F. Hilliard

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris,** Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EARL F. HILLIARD** was duly admitted to practice in said Court on **February 24, 1970,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on July 7, 2006.

SHARON  HARRIS, CLERK OF COURT

By: _____
Deputy Clerk