IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr49-VPM |
| | ) | |
| GAIL Y. MCNAIR | ) | |

### ORDER

For good cause, it is

ORDERED that Attorney Earl F. Hilliard's Motion for Pro Hac Vice , filed on l0 July 2006 (Doc #17), is GRANTED.

DONE this 12th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE