IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
v.                              )       CASE NO. 2:06cr49-VPM
                                )
GAIL Y. McNAIR                  )

## ORDER

For good cause, it is

ORDERED that the sentencing hearing currently set for 8 September 2006 is RESET

to *11 September 2006 at 10:00 a.m.* in Courtroom 5A, Frank M. Johnson, Jr. United States

Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 6th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE