| | |
|---|---|
| COURTROOM DEPUTY MINUTES<br>MIDDLE DISTRICT OF ALABAMA | DATE: 9/11/06<br><br>FTR RECORDED  10:09  to  10:16 |

## ❏ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA

## ❏ RULE 44(c) HEARING    √ SENTENCING

---

**PRESIDING MAG. JUDGE:** *VANZETTA P. MCPHERSON*    **DEPUTY CLERK:** WANDA A. ROBINSON

**CASE NUMBER:** 2:06cr49-VPM    **DEFENDANT NAME:** GAIL Y. MCNAIR

**AUSA:** KENT BRUNSON    **DEFENDANT ATTY:** *Earl Frederick Hillard*

Type Counsel: ( ) Waived;  (X) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** Dwayne Spurlock

Defendant _____ does  √ does NOT need and interpreter.

Interpreter present? √ NO  _____ YES    Name: _____

---

( √ ) COURT PROCEEDING: **SENTENCING**

10:09 Court Convenes

10:10 Plaintiff has no objections to Presentence Report
      Defendant has no objections to Presentence Report

10:11 Court Adopts Presentence Report

10:15 Court Imposes Sentence

10:16 Court in Recess